IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-MJ-203 |
| v. | **FILED UNDER SEAL** |
| BRICKHOUSE, LOLITA | |
| *Defendant.* | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Matthew Popp, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Postal Inspector for the United States Postal Inspection Service ("USPIS"), assigned to the Washington Division. I am currently assigned to the Merrifield, Virginia domicile. I have held this position since July 2023. Prior to joining the USPIS, I was employed for two years as a Protective Service Agent with the Naval Criminal Investigative Service (NCIS). I also worked four years as a Military Police Officer with the Department of the Navy. In total, I have worked as a law enforcement officer for eight (8) years.

2. I have successfully completed numerous training programs hosted by the United States Navy, United States Army Military Police School, the NCIS and the USPIS. In these roles, I have investigated state and federal offenses involving various violent crimes, identity theft, wire fraud and bank fraud. Further, I have participated in numerous federal investigations that resulted in the arrest and seizure of property and assets.

1

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

4. I make this affidavit in support of a criminal complaint charging Lolita BRICKHOUSE (BRICKHOUSE) with damaging United States property, causing damage in excess of 1,000 dollars, in violation of 18 U.S.C. § 1361.

5. Specifically, there is probable cause to believe BRICKHOUSE willfully and intentionally damaged three USPS vehicles in the parking lot of the Falls Church Delivery Annex, 2920 Eskridge Rd, Fairfax, VA 22031, in the Eastern District of Virginia, on January 16, 2025 in violation of 18 U.S.C. § 1361.

6. The facts contained in this affidavit are based on my personal knowledge and investigation, as well as that of the other agents and officers involved in this investigation. All observations that were not made personally by me were related to me by persons with knowledge of this investigation. I submit that this affidavit contains the information necessary to establish probable cause to support the criminal complaint. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all of my knowledge about this matter.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

7. On the evening of January 16, 2025, at approximately 5:00 PM, BRICKHOUSE concluded her shift as a USPS City Carrier and departed the Falls Church Delivery Annex, located in the Eastern District of Virginia. BRICKHOUSE returned to the facility approximately ten minutes later looking for her cell phone. BRICKHOUSE and her USPS supervisor ("Supervisor")

searched for the missing cell phone but were unable to locate it. BRICKHOUSE then began accusing other Letter Carriers of stealing her cell phone.

8. BRICKHOUSE became violent, knocking over a garbage can on the annex loading dock, loudly asserting to her Supervisor: "I'm gonna go postal." Based on your affiant's experience and knowledge, this phrase has been used to refer to a series of incidents where Postal workers shot and killed their supervisors, coworkers, police, and the general public.

9. BRICKHOUSE then walked over to her Supervisor's desk and knocked everything off the desk including an iPad, documents, binders, books, keys, and scanners. BRICKHOUSE then entered the USPS cage where USPS vehicle keys and scanners are kept and began throwing them around the cage. The facility Postmaster then came to the cage and asked BRICKHOUSE to exit the cage. BRICKHOUSE refused to do so.

10. BRICKHOUSE then walked over to a USPS vehicle and entered it with keys she had taken from the cage. BRICKHOUSE then drove and deliberately crashed the vehicle into a parked USPS delivery van, hitting it on the passenger side. The crash occurred with such force that the van slid into and damaged a third USPS vehicle. After the crash, BRICKHOUSE used a metal water bottle to break and shatter one of the USPS vehicle's driver side windows.





11.     The estimated cost of repair for the three United States government vehicles is at least $21,335.95.

## CONCLUSION

12.     I submit that the foregoing facts established in this affidavit demonstrate probable cause that Lolita BRICKHOUSE purposefully and willfully damaged government property

5

causing damage well exceeding $1,000, in violation of 18 U.S.C. § 1361. Accordingly, I respectfully request that the Court issue the proposed criminal complaint and arrest warrant.

Respectfully submitted,

Matthew Popp
Digitally signed by Matthew Popp
Date: 2025.03.27 09:44:11 -04'00'

Matthew Popp
Postal Inspector
United States Postal Inspection Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 28, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.03.28 11:31:13 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia